AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DAVID MAZZARA and ANDREW C. CUNHA, <br><br> *Plaintiff(s)* <br> v. <br> BOUCHARD TRANSPORTATION CO., INC., and MORTON BOUCHARD, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-CV-2177    14-cv-6905 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BOUCHARD TRANSPORTATION, CO., INC.
and MORTON BOUCHARD
58 SOUTH SERVICE ROAD, SUITE 150
MELVILLE, NY 11747

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SOBEL LAW OFFICES PC
175 EILEEN WAY
SYOSSET, NY 11791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **04/13/2018**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-2177

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MORTON S. BOUCHARD__
was received by me on *(date)* __4/18/18__.

__BY HANDING THE SERVICE AND COMPLAINT TO KEVIN DONOHUE AT THE REQUEST OF MORTON BOUCHARD__

☐ I personally served the summons on the individual at *(place)* __58 SOUTH SERVICE ROAD, STE. 150, MELVILLE, NY 11747__ on *(date)* __4/18/18__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __—__ for travel and $ __—__ for services, for a total of $ __— 0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/19/18__

*Server's signature*

__KEVIN KNIGHT__
*Printed name and title*

__175 EILEEN WAY, SYOSSET, NY 11791__
*Server's address*

Additional information regarding attempted service, etc:

Sworn to before me this 19th day of April, 2018

*Caletha Jeter*
CALETHA JETER
Notary Public, State of New York
Reg. No. 01JE6248189
Qualified in Nassau County
Commission Expires Sept. 19, 2019